UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NALL'S SPECIALIZED HAULING INC.,

    Plaintiff,

v.                                                Case No. 15-C-704

CROSBY HEAVY DUTY WRECKER SERVICE INC.,

    Defendant.

## ORDER FOR RESPONSE

Plaintiff has filed a motion for an extension of time to name experts. Defendant is advised that they should indicate their position and any objections they may have to the motion on or before August 21, 2015.

Dated this  18th  day of August, 2015.

                                          s/ William C. Griesbach
                                          William C. Griesbach, Chief Judge
                                          United States District Court